

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

April 29, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/1/2015 10:45:40 AM
CHRISTOPHER A. PRINE
Clerk

RANDALL J. AYERS
ATTORNEY OF RECORD
P.O. BOX 1569
HOUSTON, TX 77251-1569

Defendant's Name: SANDRA F. BERRY

Cause No: 1462610

Court: 185TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 4/24/15
**Sentence Imposed Date:** 4/24/15
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** RANDALL J. AYERS

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CARRIE LOGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas 77210-4651

Cause No. 1462610

# THE STATE OF TEXAS
V.

Sandra Berry , A/K/A/ _____

_185_ District Court / County Criminal Court at Law No. _____

## Harris County, Texas

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On __APR 2 4 2015__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw. 14/978

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__APR 2 4 2015__
**Date**

X Sandra Berry
**Defendant (Printed name)**
Sandra Berry

**F I L E D**
Chris Daniel
District Clerk
APR 2 4 2015
Time:_____
Harris County, Texas
By_____

**Attorney (Signature)** Smith

**Attorney (Printed name)**
1803230
**State Bar Number**
4615 SW Freeway 520 Houston TX 77027
**Address**
713 661-2210
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X Sandra Berry
**Defendant (Signature)**

Sandra Berry
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON __APR 2 4 2015__

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___APR 2 4 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that      13149Y

☐ Counsel's motion to withdraw is **GRANTED**/**DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant. 131 99S

**BAIL IS:**

☐ **SET** at $ ___9___      Bond 10

☐ **TO CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___APR 2 4 2015___

JUDGE PRESIDING,
185 **DISTRICT COURT** /
**COUNTY CRIMINAL COURT AT LAW NO.** ___
**HARRIS COUNTY, TEXAS**




Cause No. 1462610

THE STATE OF TEXAS

IN THE 178 DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

SANDRA BERRY, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

APR 24 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

**FILED**
Chris Daniel
District Clerk

APR 24 2015

Time:_____
Harris County, Texas
By_____
Deputy

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: 18603230

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _1462962_
_1462961_
_1462610_

OFFENSE: _Tamper Physical E_
_Arson_
_Murder_

THE STATE OF TEXAS

_185_ DISTRICT COURT

VS.

OF

SPN: 02500861

_Sandra Berry_

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _Sandra Berry_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_X Sandra Berry_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _24_ day of _APRIL_ A.D., 20 _15_.

_____
DEPUTY DISTRICT CLERK
_185_ DISTRICT COURT
HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk

APR 27 2015

Time: _____ Harris County, Texas
By: _____ Deputy

## ORDER

On _4/24/15_ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that _RANDALL J. AYERS_ is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _CARRI E. LOGAN_ by certified mail return receipt requested.

_____
JUDGE PRESIDING
_185_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _RANDALL J. AYERS_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_01465950_
BAR/SPN NUMBER

_PO BOX 1569_
ADDRESS

_Houston, TX 77251-1569_
CITY          STATE          ZIP

_281-493-6333_
PHONE

_281-493-9609_
FAX NUMBER

_RJAYERSLAW@COMCAST.NET_
EMAIL ADDRESS

APR 27 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)

DISTRICT CLERK

# APPEAL CARD

Due: 6-23-15                    14th

**Court** 18S          Due: 6-23-15          **Cause No.** 1462610

## The State of Texas
### Vs
SANDRA F. Berry

**Date Notice Of Appeal:** 4-24-15
APR 24 2015

**Presentation:**          Vol._____ Pg._____

**Judgment:**              Vol._____ Pg._____

**Judge Presiding** SUSAN BROWN
**Court Reporter** CARRIE LOGAN
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** J. Dennis Smith

**Attorney on Appeal** Not Det

**Appointed** X   **Hired**_____

**Offense** MURDER

**Jury Trial:**     Yes X  No_____

**Punishment Assessed** 65 yrs TDC

**Companion Cases (If Known)** REIND# 1427690
1462961 / 1462962

**Amount of Appeal Bond** 0

**Appellant Confined:**   Yes X  No_____

**Date Submitted To Appeal Section** 4-28-15

**Deputy Clerk** _____